IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUBILANT CADISTA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> - vs - <br><br> RAM POTTI and EPIC PHARMA LLC, <br><br> Defendants. | Civil Action No.: <br> 1:12-cv-02089-GLR |

## STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's October 16, 2012 Scheduling Order (Dkt. 13), plaintiff Jubilant Cadista Pharmaceuticals, Inc., f/k/a Cadista Pharmaceuticals, Inc., Jubilant Pharmaceuticals, Inc. and Trigen Laboratories, Inc. ("Cadista") and defendants, Ram Potti and Epic Pharma LLC ("Defendants"), by their respective attorneys, submit this status report regarding settlement.

As Cadista indicated during the initial scheduling conference call, while it believes that a settlement conference might be useful in helping to resolve this case, it needs to pursue initial discovery before any such mediation can occur. To date, the parties have propounded, and responded to, discovery requests. The parties are also negotiating the terms and conditions of a Protective Order. However, as a result of ongoing negotiations over discovery issues, no documents have yet been produced.

Given the foregoing, Cadista respectfully submits that scheduling a settlement conference would be premature at this point, and suggests that the parties submit another status report about settlement on February 14, 2013. If the parties agree earlier than that date that scheduling a settlement conference would be productive, they will contact the Court with such a request.

Dated: December 14, 2012

Respectfully submitted,

*/s/Leslie Paul Machado*
Leslie Paul Machado (Bar No. 14952)
Robert P. Fletcher (Bar No. 02893)
LeClairRyan, a Professional Corporation
1101 Connecticut Avenue, N.W., Suite 600
Washington, DC 20036
(202) 659-4140 (phone)
(202) 659-4130 (facsimile)
leslie.machado@leclairryan.com
robert.fletcher@leclairryan.com

***Counsel for Plaintiff Jubilant Cadista Pharmaceuticals, Inc.***

*/s/Timothy M. Sullivan*
Timothy M. Sullivan
BEVERIDGE & DIAMOND, P.C.
201 N. Charles Street, Suite 2210
Baltimore, Maryland  21201-4150
tsullivan@bdlaw.com

Justin Klein
Aaron M. Zeisler
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1190
New York, New York  10169
jklein@ssbb.com
azeisler@ssbb.com

***Counsel for Defendants Ram Potti and Epic Pharma LLC***