# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUBILANT CADISTA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> - vs - <br><br> RAM POTTI and EPIC PHARMA LLC, <br><br> Defendants. | Civil Action No.: <br> 1:12-cv-02089-GLR |

## STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's December 19, 2013 Order (Dkt. 15), plaintiff Jubilant Cadista Pharmaceuticals, Inc., f/k/a Cadista Pharmaceuticals, Inc., Jubilant Pharmaceuticals, Inc. and Trigen Laboratories, Inc. ("Cadista") and defendants, Ram Potti and Epic Pharma LLC ("defendants"), by their respective attorneys, submit this status report regarding settlement.

The parties recently agreed on a Protective Order, which they submitted to the Court (Dkt. 16-1) and the Court entered on February 13, 2013. Dkt. 17. The parties have agreed to an initial production of documents on February 15, 2013. Once the prior discovery responses and documents have been analyzed, the parties will be in a better position to determine if a settlement conference might be useful in helping to resolve this case.

Dated: February 14, 2013

Respectfully submitted,

*/s/Leslie Paul Machado*
Leslie Paul Machado (Bar No. 14952)
Robert P. Fletcher (Bar No. 02893)
LeClairRyan, a Professional Corporation
1101 Connecticut Avenue, N.W., Suite 600
Washington, DC 20036
(202) 659-4140 (phone)
(202) 659-4130 (facsimile)
leslie.machado@leclairryan.com

-2-

robert.fletcher@leclairryan.com

*Counsel for Plaintiff Jubilant Cadista Pharmaceuticals, Inc.*

*/s/Timothy M. Sullivan*
Timothy M. Sullivan
BEVERIDGE & DIAMOND, P.C.
201 N. Charles Street, Suite 2210
Baltimore, Maryland  21201-4150
tsullivan@bdlaw.com

Justin Klein
Aaron M. Zeisler
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1190
New York, New York  10169
jklein@ssbb.com
azeisler@ssbb.com

*Counsel for Defendants Ram Potti and Epic Pharma LLC*