## Machado, Leslie P.

| | |
|---|---|
| **From:** | Machado, Leslie P. |
| **Sent:** | Monday, April 22, 2013 6:16 PM |
| **To:** | 'amp@robinsonbrog.com' |
| **Cc:** | Fletcher, Robert P. |
| **Subject:** | FW: Reply brief |
| **Importance:** | High |
| **Attachments:** | motion_to_compel.PDF; Defs Opp-Cross Motion to Compel w exhs.pdf; replymol.PDF |

Alan -- attached is Cadista's motion to compel; Epic's opposition and Cadista's reply. Below is the email message from my partner to Aaron and Tim, along with his contact information. As we discussed, understanding that you are just arriving in this case, we need to have this conference in the next 48 hours. In all candor, it appears from Epic's opposition that Epic is not going to produce any more documents; if that is the case, we should tee this up for the Court. les.

**Leslie Paul Machado**
**Attorney at Law**
LeClairRyan
1101 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036
(202) 659-6736 Direct
(202) 659-4130 Fax
(202) 280-5763 Mobile

Bio | Blog | LinkedIn | Twitter

Please consider the environment before printing this email.

---

**From:** Fletcher, Robert P.
**Sent:** Monday, April 22, 2013 10:44 AM
**To:** Aaron M. Zeisler; tsullivan@bdlaw.com
**Cc:** Machado, Leslie P.
**Subject:** Reply brief

Aaron, Tim, please see the attached reply brief for our motion to compel. Pursuant to Local Rule 104.7, we request an immediate conference of counsel to seek to resolve this discovery dispute. Please contact us with your availability for a conference. We need to get this matter resolved expeditiously, so please get back to us today regarding scheduling a conference. Thank you. Bob

**Robert P. Fletcher**
**Attorney at Law**
LeClairRyan
1101 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036
(202) 659-6714 Direct
(202) 659-4130 Fax
(571) 405-0798 Mobile
Robert.Fletcher@leclairryan.com
http://www.leclairryan.com

Please consider the environment before printing this email.

EXHIBIT 4