**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| **JUBILANT CADISTA PHARMACEUTICALS, INC.** | * | |
| | * | |
|     **Plaintiff** | | |
| | * | Civil Action No: 1:12-CV-02089-GLR |
| v. | | |
| | * | |
| **RAM POTTI, et al.** | | |
| | * | |
|     **Defendants** | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

Please enter the appearances of John R. McCann, Jr., John R. Fischel, and Miles & Stockbridge P.C. as attorneys of record for Defendants, Ram Potti and Epic Pharma LLC.

    Respectfully submitted,

Dated: April 26, 2013      */s/ John R. Fischel*
    John E. McCann, Jr. (Bar No: 10028)
    John R. Fischel (Bar No: 25690)
    Miles & Stockbridge P.C.
    100 Light Street
    Baltimore, Maryland  21202
    410-727-6464 (telephone)
    410-385-3700 (facsimile)
    jmccann@milesstockbridge.com
    jfischel@milesstockbridge.com

    *Attorneys for Defendants, Ram Potti and Epic Pharma LLC*