**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| **JUBILANT CADISTA** <br> **PHARMACEUTICALS, INC.** <br><br>     **Plaintiff** <br><br> v. <br><br> **RAM POTTI, et al.** <br><br>     **Defendants** | * <br> * <br> *    Civil Action No: 1:12-CV-02089-GLR <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

Please enter the appearances of John R. McCann, Jr., John R. Fischel, and Miles & Stockbridge P.C. as attorneys of record for Defendants, Ram Potti and Epic Pharma LLC.

Respectfully submitted,

Dated:  April 26, 2013          */s/ John R. Fischel*
                                        John E. McCann, Jr. (Bar No: 10028)
                                        John R. Fischel (Bar No: 25690)
                                        Miles & Stockbridge P.C.
                                        100 Light Street
                                        Baltimore, Maryland  21202
                                        410-727-6464 (telephone)
                                        410-385-3700 (facsimile)
                                        jmccann@milesstockbridge.com
                                        jfischel@milesstockbridge.com

                                        *Attorneys for Defendants, Ram Potti and*
                                        *Epic Pharma LLC*